B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TKC Innovative Solutions, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA MacSpecialist** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-5892476** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4 Knollwood Place**<br>**Joliet, IL**<br>ZIP Code **60433** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>☐ Chapter 11     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12            of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,        ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                         Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **TKC Innovative Solutions, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **TKC Innovative Solutions, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Richard G Larsen**
Signature of Attorney for Debtor(s)

**Richard G Larsen 6193054**
Printed Name of Attorney for Debtor(s)

**Springer Brown, LLC**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**August 29, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Adam J. Karneboge**
Signature of Authorized Individual

**Adam J. Karneboge**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 29, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **TKC Innovative Solutions, Inc.**                  ,      Case No. _____

                                        Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 34,545.46 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 423.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 3,272,598.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 34,545.46 | | |
| Total Liabilities | | | | 3,273,021.66 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **TKC Innovative Solutions, Inc.**
_____ ,
                                          Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **TKC Innovative Solutions, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re **TKC Innovative Solutions, Inc.**                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PNC 2811** **Negative balance** | - | 0.00 |
| | | **PNC 2838** **Negative balance** | - | 0.00 |
| | | **PNC 1247** **Negative Balance** | - | 0.00 |
| | | **PNC 1255** **Negative balance** | - | 0.00 |
| | | **PNC 1263** **Negative balance** | - | 0.00 |
| | | **PNC 0647** **Negative balance** | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Oak Park/Scoville Square Associates** | - | 20,150.00 |
| | | **Kalamazoo/Landlord/Carillion Center** | - | 6,935.40 |
| | | **Villa Park/Villa Oaks, LLC** | - | 5,307.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Sub-Total >                    32,392.40
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **TKC Innovative Solutions, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | **Various** | | - | **1,553.06** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        **1,553.06**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **TKC Innovative Solutions, Inc.**                                    ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Servers circa 2007** | - | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc** | - | **100.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >          **600.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **TKC Innovative Solutions, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  (Total of this page) | **0.00** |
|---|---|---|
|  | Total > | **34,545.46** |

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **TKC Innovative Solutions, Inc.**                                    Case No. _____
                                                           ,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | | |
| | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re  **TKC Innovative Solutions, Inc.**                                      Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__1__ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **TKC Innovative Solutions, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx1676**<br><br>**Michigan Department of Treasury Office of Collections PO Box 30199 Lansing, MI 48909-7699** | - | | **4/14**<br><br>**Withholding Tax** | | | | 423.14 | | 0.00<br><br>423.14 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
|  |  | 423.14 | 423.14 |
|  | Total (Report on Summary of Schedules) | 0.00 | |
|  |  | 423.14 | 423.14 |

B6F (Official Form 6F) (12/07)

In re  **TKC Innovative Solutions, Inc.**
                                                                        ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ABC 7 WLS - Chicago**<br>**190 N State Street**<br>**Chicago, IL 60601** | X | - | **Customer Prepaid services** | X | | | 2,135.00 |
| Account No.<br><br>**Adam J Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | | - | **Loan from shareholder** | | | | 189,819.00 |
| Account No. **xxxx2006**<br><br>**ADT Security Services**<br>**3190 S Vaughn Way**<br>**Aurora, CO 80014** | | - | **Business Debt** | | | | 153.98 |
| Account No. **x-xx8612**<br><br>**Alethea Watson**<br>**1846 Clarence Ave**<br>**Berwyn, IL 60402** | X | - | **Customer Prepaid Services** | X | | | 75.00 |

__24__  continuation sheets attached

Subtotal
(Total of this page)                                                                                    192,182.98

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                 S/N:33434-140702    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TKC Innovative Solutions, Inc.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x-xxxx-xxx6093** | | | | Vendor/Services | | | | |
| Allied Waste Services 5050 W lake Street Melrose Park, IL 60160 | X | - | | | | | | 229.15 |
| Account No. | | | | Customer Prepaid Services | | | | |
| American College of Healthcare 1 N Franklin Ste 1700 Chicago, IL 60606 | X | - | | | X | | | 3,375.68 |
| Account No. **xxxx xxx xxx x1005** | | | | Business Debt | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096-8000 | X | - | | | | | | 46,195.24 |
| Account No. | | | | Customer Prepaid Services | | | | |
| Aon 200 East Randolph 4th Floor Chicago, IL 60601 | X | - | | | X | | | 2,295.00 |
| Account No. **xx3944** | | | | Vendor | | | | |
| Apple Inc. PO box 281877 Atlanta, GA 30384-1877 | X | - | | | | | | 5,078.76 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,173.83

B6F (Official Form 6F) (12/07) - Cont.

In re  **TKC Innovative Solutions, Inc.**                                    ,    Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx3946** | | | Vendor | | | | | |
| **Apple Service Operations** **PO Box 281877** **Atlanta, GA 30384-1877** | X | - | | | | | | 20,875.50 |
| Account No. **xxx xxx-xxxx 173 2** | | | Vendor | | | | | |
| **AT&T** **Po Box 5080** **Carol Stream, IL 60197-5080** | X | - | | | | | | 207.88 |
| Account No. **xxxxxxx9825** | | | Vendor | | | | | |
| **AT&T Mobility** **PO Box 6463** **Carol Stream, IL 60197-6463** | X | - | | | | | | 441.72 |
| Account No. | | | Business Debt | | | | | |
| **Authorize.net** **947 American Fort** **American Fork, UT 84003-0947** | | - | | | | | | Unknown |
| Account No. **xxx xxxx xxxx 1479** | | | Business Debt | | | | | |
| **Bank of America** **PO Box 15796** **Wilmington, DE 19886-5796** | X | - | | | | | | 14,521.59 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        36,046.69

B6F (Official Form 6F) (12/07) - Cont.

In re **TKC Innovative Solutions, Inc.** ,                          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xx0996**<br><br>**Bawany Technologies**<br>**Muhammad Abdullah Ahsan, 4th**<br>**Zamzam**<br>**Commercial Lane, Phase v, DHA**<br>**Karachi, Pakistan 75000** | X | - | **Customers Prepaid Services** | X | | | 1,425.00 |
| Account No. **xxxx xxxx xxxx 2023**<br><br>**Best Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | X | - | **Business Debt** | | | | 12,816.54 |
| Account No. **xx5226**<br><br>**Blue Cross Blue Shield**<br>**25550 Network Place**<br>**Chicago, IL 60673-1255** | X | - | **Busniess Debt** | | | | 11,146.78 |
| Account No. **x-xx3425, xx xx4118**<br><br>**Bob Bavirsha**<br>**PO Box 2306**<br>**Bridgeview, IL 60455** | X | - | **Cusomter Prepaid Services** | X | | | 2,732.02 |
| Account No.<br><br>**Brainlab, Inc.**<br>**600 W. Van Buren**<br>**Suite 510**<br>**Chicago, IL 60607** | | - | | | | | 0.00 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,120.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **TKC Innovative Solutions, Inc.**                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Payment of Corporate expense for Kalamazoo business property | | | | |
| Branko Shapich 2410 S Embers Lane Arlington Heights, IL 60005 | X | - | | | | | | 151,312.16 |
| Account No. | | | | Loans to corporation | | | | |
| Brian Karneboge 430 West Francis Road New Lenox, IL 60451 | | - | | | | | | 522,000.00 |
| Account No. | | | | Business Debt | | | | |
| Can Capital (Advance Me) 414 W 14th Street 3rd Floor New York, NY 10014 | X | - | | | | | | 96,153.00 |
| Account No. | | | | | | | | |
| Card Connect 1000 Continental Drive Suite 600 King of Prussia, PA 19406 | | - | | | | X | | Unknown |
| Account No. xKC00 | | | | Lease of Kalamazoo property | | | | |
| Carillon Centre 7950 Moorsbridge Rd Portage, MI 49024 | X | - | | | X | X | X | 1,148,625.45 |

Sheet no. __4__ of __24__ sheets attached to Schedule of                    Subtotal           | 1,918,090.61 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **TKC Innovative Solutions, Inc.** _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx xxx xxxx2346** <br><br> **Charter Business** <br> **PO Box 5013** <br> **Hayward, CA 94540-5013** | X | - | Business Debt | | | | 743.66 |
| Account No. **xxxx xxxx xxxx 2759** <br><br> **Chase** <br> **P.O. Box 15651** <br> **Wilmington, DE 19886-5651** | X | - | Business Debt | | | | 3,033.56 |
| Account No. **xxxx xxxx xxxx 4114** <br><br> **Chase** <br> **P.O. Box 15651** <br> **Wilmington, DE 19886-5651** | X | - | Business Debt | | | | 19,300.61 |
| Account No. **xxxx xxxx xxxx 2792** <br><br> **Chase** <br> **P.O. Box 15651** <br> **Wilmington, DE 19886-5651** | X | - | Business Debt | | | | 7,121.21 |
| Account No. **xx2232** <br><br> **Chicago Messenger Service** <br> **1600 S Ashland Avenue** <br> **Chicago, IL 60608-2013** | X | - | Vendor | | | | 202.94 |

Sheet no. _5_ of _24_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,401.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **TKC Innovative Solutions, Inc.** _____,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx xxxx xxxx4460** | | | | | Business Debt | | | | |
| **Citi Advantage**<br>**PO Box 6235**<br>**Sioux Falls, SD 57117** | X | - | | | | | | | 65,000.00 |
| Account No. **xxxx-xxxx-xxxx-5489** | | | | | Business Debt | | | | |
| **Citi Card**<br>**P.O. Box 688909**<br>**Des Moines, IA 50368** | X | - | | | | | | | 9,759.61 |
| Account No. **2679** | | | | | Business Debt | | | | |
| **Citi Select**<br>**Processing Center**<br>**Des Moines, IA 50363-0005** | | - | | | | | | | 2,360.43 |
| Account No. **xxxx xxxx xxxx 1172** | | | | | Business Debt | | | | |
| **Citibusiness**<br>**PO Box 688913**<br>**Des Moines, IA 50368** | X | - | | | | | | | 20,543.30 |
| Account No. **5489** | | | | | Business Debt | | | | |
| **CitiBusiness**<br>**Processing Center**<br>**Des Moines, IA 50363-0005** | | - | | | | | | | 1,335.68 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

98,999.02

B6F (Official Form 6F) (12/07) - Cont.

In re    **TKC Innovative Solutions, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx-116-P** | | | | Property Tax | | | | |
| **City of Portage** **7900 S Westnedge Ave** **Portage, MI 49002-5117** | | - | | | | | | 628.97 |
| Account No. **x-xx3375, xx xx4099** | | | | Customer Prepaid Services | | | | |
| **Combined Insurance** **c/o Diane Raferty** **1000 N Milwaukee Ave** **Glenview, IL 60025** | X | - | | | X | | | 425.08 |
| Account No. **xxxx xx xxx xxx4904** | | | | Vendor | | | | |
| **Comcast** **PO Box 3002** **Southeastern, PA 19398-3002** | X | - | | | | | | 145.35 |
| Account No. **xxxx0119** | | | | Vendor | | | | |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197-6111** | X | - | | | | | | 339.74 |
| Account No. **xxxxxx6038** | | | | Vendor | | | | |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197-6111** | X | - | | | | | | 580.61 |

Sheet no. __7___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,119.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **TKC Innovative Solutions, Inc.**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx xxxx 0139** | | | | Vendor | | | | |
| **Consumer Energy** **Lansing, MI 48937-0001** | X | - | | | | | | 189.88 |
| Account No. **xxxx xxxx 9228** | | | | Vendor | | | | |
| **Consumer Energy** **Lansing, MI 48937-0001** | X | - | | | | | | 74.79 |
| Account No. **xxxx xxxx 8980** | | | | Vendor | | | | |
| **Consumer Energy** **Lansing, MI 48937-0001** | X | - | | | | | | 254.92 |
| Account No. **xx2828** | | | | Customer Prepaid Services | | | | |
| **Donna Peel** **520 Fair Oaks** **Oak Park, IL 60302** | X | - | | | X | | | 345.00 |
| Account No. | | | | Vendor Business | | | | |
| **Dr. Bott** **9730 SW Hilman St** **Suite 600** **Wilsonville, OR 97070** | X | - | | | | | | 2,180.82 |

Sheet no. __8__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,045.41

B6F (Official Form 6F) (12/07) - Cont.

In re   **TKC Innovative Solutions, Inc.**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3468** | | | **Customer Prepaid Services** | | | | |
| **Dunnhumby - John Zimont** **222 Merchandise Mart Plaza** **Suite 2200** **Chicago, IL 60654** | X | - | | X | | | 1,606.75 |
| Account No. | | | **Legal Fees** | | | | |
| **Dwight Pancottine Attorney at Law** **215 Fremont St** **Naperville, IL 60540** | X | - | | | | | 400.00 |
| Account No. **xxxx-xxxx-xxxx-2023** | | | **Business Debt** | | | | |
| **Elan Financial Services** **PO Box 108** **Saint Louis, MO 63166-9801** | | - | | | | | 13,320.64 |
| Account No. **xxxx-x612-8** | | | **Business Debt** | | | | |
| **Fed Ex** **PO Box 94515** **Palatine, IL 60094-4515** | X | - | | | | | 40.96 |
| Account No. **xxxx xxxx xxxx 3569** | | | **Business Debt** | | | | |
| **Fifth Third Bank** **P.O. 630778** **Cincinnati, OH 45263** | X | - | | | | | 20,723.07 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                     | 36,091.42
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **TKC Innovative Solutions, Inc.**                                             ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx3357** | | | | Customer Prepaid Services | | | | |
| Florence Braum 904 N Mapleton Ave Oak Park, IL 60302 | X | - | | | X | | | |
| | | | | | | | | 100.00 |
| Account No. | | | | Business Debt | | | | |
| GE Capital PO Box 960061 Orlando, FL 32896-0061 | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Business Debt | | | | |
| GleaChris, Inc. 375 South River Street South Elgin, IL 60177 | X | - | | | | | | |
| | | | | | | | | 3,143.75 |
| Account No. **xx3373** | | | | Customer Prepaid Services | | | | |
| Glenbrook North c/o paul Carlson 2300 Shermer Road Northbrook, IL 60062 | X | - | | | X | | | |
| | | | | | | | | 4,525.86 |
| Account No. **x-xx8510** | | | | Customer Prepaid Services | | | | |
| Gus Calderone 7433 W Jackson Blvd Forest Park, IL 60130 | X | - | | | X | | | |
| | | | | | | | | 400.00 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,169.61**

B6F (Official Form 6F) (12/07) - Cont.

In re  **TKC Innovative Solutions, Inc.**                            ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x-xx3244, xx xx3990** | | | | | **Customer Prepaid Services** | | | | |
| **Harry Hostetler** **505 Atwood Ct.** **Elmhurst, IL 60126** | X | - | | | | X | | | 11,767.91 |
| Account No. **xxx6-268** | | | | | **Business Debt** | | | | |
| **Haugh & Associates, Ltd** **525 Dee Lane** **Suite 200** **Roselle, IL 60172** | X | - | | | | | | | 723.50 |
| Account No. | | | | | **Business Trainer** | | | | |
| **Hector Alcala** **9229 SW 227th St** **Unit 6** **Miami, FL 33190** | X | - | | | | | | | 2,700.00 |
| Account No. **x-xxxxxx xx xx4159** | | | | | **Customer Prepaid Services** | | | | |
| **Hector Morales** **2451 N Drake** **Chicago, IL 60647** | X | - | | | | X | | | 1,337.91 |
| Account No. **xxx7848** | | | | | **Customer Prepaid Services** | | | | |
| **Hector Morales** **2451 N Drake** **Chicago, IL 60647** | X | - | | | | X | | | 75.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 16,604.32 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **TKC Innovative Solutions, Inc.**                                              ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1856**<br><br>Helvey & Associates, Inc.<br>1015 E Center Street<br>Warsaw, IN 46580-3420 | | - | Business Debt | | | | 312.10 |
| Account No. **xx3473**<br><br>Huron Consulting Group<br>Hector De LaRosa<br>550 W Van Buren<br>Chicago, IL 60607 | X | - | Customer Prepaid Services | X | | | 1,606.75 |
| Account No. **xx3277**<br><br>Illinois Central College<br>c/o Chris Frautschi<br>1 College Drive<br>Peoria, IL 61635 | X | - | Customer Prepaid Services | X | | | 1,300.00 |
| Account No. **xx-xx4171**<br><br>Ingram Micro, Inc.<br>1600 E St. Andrew Place<br>Santa Ana, CA 92705 | X | - | Business Debt | | | | 171,135.39 |
| Account No. **x-xx3489, xx xx4159**<br><br>Joan Berman<br>170 N harvey Ave<br>Oak Park, IL | X | - | Customer Prepaid Services | X | | | 801.91 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

175,156.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **TKC Innovative Solutions, Inc.**                                        ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Business Debt** | | | | |
| **JuiceMobile** **9950 W Van Buren** **Suite 121** **Avondale, AZ 85323** | X | - | | | | | | 253.80 |
| Account No. **xxxxxx8070** | | | | **Business Debt** | | | | |
| **Kerio Technologies Inc** **111 North Market Street** **Suite 600** **San Jose, CA 95113** | | - | | | | | | 1,028.50 |
| Account No. **xx3492** | | | | **Customer Prepaid Services** | | | | |
| **Lebanon Valley College** **Andrew Greene** **101 North Collee Avenue** **Annville, PA 17003** | X | - | | | X | | | 2,106.75 |
| Account No. **x1376** | | | | **Business Debt** | | | | |
| **Lifetime Memory Products Inc.** **2505 DaVinci Street** **Irvine, CA 92614-5894** | X | - | | | | | | 1,558.00 |
| Account No. **xx3442** | | | | **Customer Prepaid Services** | | | | |
| **Lindsay Gleason** **375 S River St** **South Elgin, IL 60177** | X | - | | | X | | | 99.11 |

Sheet no. __13__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,046.16**

B6F (Official Form 6F) (12/07) - Cont.

In re __**TKC Innovative Solutions, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x-xx8438**<br><br>**Malvika Jolly**<br>**5426 S Blackstone**<br>**Chicago, IL 60615** | | - | | **Business Debt** | | | | **75.00** |
| Account No. **x-xx8522**<br><br>**Mark Skillcorn**<br>**844 N Humphrey**<br>**Oak Park, IL 60302** | X | - | | **Customer Prepaid Services** | X | | | **430.00** |
| Account No.<br><br>**Merchant Services**<br>**PO Box 6010**<br>**Hagerstown, MD 21741-6010** | | - | | **Charge Back** | | X | | **Unknown** |
| Account No. **xx3353**<br><br>**Miami University**<br>**c/o Joseph Koontz**<br>**6516 Junior Court**<br>**Franklin, OH 45005** | X | - | | **Customer Prepaid Services** | X | | | **1,300.00** |
| Account No. **xxxx-xxxx-xxxx-3449**<br><br>**Nationwide Bank**<br>**PO Box 31027**<br>**Tampa, FL 33631-3027** | X | - | | **Business Debt** | | | | **6,636.54** |

Sheet no. __**14**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,441.54**

B6F (Official Form 6F) (12/07) - Cont.

In re **TKC Innovative Solutions, Inc.** ,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x054-1** | | | | Business Debt - legal services for corporation | | | | |
| Nepple Law, PLC PO Box 5407 Carol Stream, IL 60197-5407 | X | - | | | | | | 20,310.37 |
| Account No. **xx-xx-xx-9779, xx-xx-xx-1186** | | | | Vendor/Services | | | | |
| Nicor PO Box 5407 Carol Stream, IL 60197-5407 | X | - | | | | | | 1,994.27 |
| Account No. **xx3465** | | | | Customer Prepaid Services | | | | |
| Nokia c/o Christine Casey 425 W Randolph Street Chicago, IL 60606 | X | - | | | X | | | 1,606.75 |
| Account No. **xx3208** | | | | Customer Prepaid Services | | | | |
| Northwestern University c/o Eamon Carlos 750 North Lake Shore Dr, 10th Fl. Chicago, IL 60611 | X | - | | | X | | | 2,800.00 |
| Account No. **609** | | | | Business Debt | | | | |
| NuCouse PO Box 511298 Los Angeles, CA 90051-7853 | X | - | | | | | | 8,826.55 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,537.94

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **TKC Innovative Solutions, Inc.** _____ ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Customer Prepaid Services | | | | |
| Olivet Nazarene University One University Lane Bourbonnais, IL 60914 | X | - | | X | | | 4,812.00 |
| Account No. xxxxxxxx4491 | | | Business Debt | | | | |
| Onward Technologies, Inc. PO Box 88636 Chicago, IL 60680-1636 | X | - | | | | | 513.67 |
| Account No. xx7302 | | | Business Debt | | | | |
| Other World Computing 2650 Bridge Lane Woodstock, IL 60098 | X | - | | | | | 1,760.97 |
| Account No. xx2223 | | | Customer Prepaid Services | | | | |
| Paul Ellenbogen 321 S Cuyler Oak Park, IL 60302 | X | - | | X | | | 32.70 |
| Account No. xxxx-xxxx7271 | | | Business Debt | | | | |
| Paychex 1175 John St West Henrietta, NY 14586-9199 | | - | | | | | 270.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **7,389.34**

B6F (Official Form 6F) (12/07) - Cont.

In re **TKC Innovative Solutions, Inc.** ,                     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxxx9680**<br><br>**Pearson**<br>**200 Tappan Rd**<br>**Westwood, NJ 07675** | X | - | Business Debt | | | | 791.61 |
| Account No.<br><br>**PNC**<br>**One North Franklin**<br>**Suite 3600**<br>**Chicago, IL 60606** | X | - | Bank Note/Business | | | | 15,309.15 |
| Account No.<br><br>**PNC**<br>**PO Box 856177**<br>**Louisville, KY 40285** | | - | Charge Back | | | X | 252.00 |
| Account No. **9763**<br><br>**PNC Bank**<br>**PO Box 856177**<br>**Louisville, KY 40285** | X | - | Business Debt | | | | 15,596.94 |
| Account No.<br><br>**Premiere System**<br>**1400 N Kingbury**<br>**Chicago, IL 60642** | X | - | Business Debt | | | | 770.10 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        32,719.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **TKC Innovative Solutions, Inc.** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Professional Cable** <br> **928 N Industrial Park** <br> **Orem, UT 84057** | X | - | | **Business Debt** | | | | 1,936.13 |
| Account No. <br><br> **Professional Video Technology** <br> **111 Charlotte** <br> **Novi, MI 48377** | X | - | | **Business Debt** | | | | 283.50 |
| Account No.  **xx6553** <br><br> **Renee S Hartz** <br> **1032 Baldwin Ln** <br> **Oak Park, IL 60302** | X | - | | **Customer Prepaid Services** | X | | | 75.21 |
| Account No. <br><br> **Retirement, LLC** <br> **3400 Dundee Rd** <br> **Suite 200** <br> **Chicago, IL 60602** | X | - | | **Business Debt** | | | | 817.50 |
| Account No.  **xxx6093** <br><br> **RMS** <br> **4836 Brecksville Rd** <br> **PO Box 509** <br> **Richfield, OH 44286** | | - | | **Business Debt** | | | | 954.30 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,066.64

B6F (Official Form 6F) (12/07) - Cont.

In re __**TKC Innovative Solutions, Inc.**_____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxX053** <br><br> **RMS** <br> **Po Box 20543** <br> **Lehigh Valley, PA 18002** | | - | | | | | 0.00 |
| Account No. **x-xx8449** <br><br> **Ronald Krcek** <br> **19W075 Plainfield Rd** <br> **Downers Grove, IL 60516** | X | - | Customer Prepaid Services | X | | | 618.70 |
| Account No. **xxx-773-6** <br><br> **RSM McGladrey, Inc.** <br> **5155 Payshere Circle** <br> **Chicago, IL 60647** | X | - | Accounting fees for business | | | | 15,813.00 |
| Account No. <br><br> **Scoville Square Associates, LLP** <br> **C/O MorLen Realty Corporatin** <br> **137 N Oak Park Ave. Ste 40** <br> **Oak Park, IL 60301** | X | - | Lease of 805 Oak Park, IL | | | | 285,000.00 |
| Account No. **xxx399-0** <br><br> **Screenvision** <br> **245 Kenneth Drive** <br> **#400** <br> **Rochester, NY 14623** | X | - | Business Debt | | | | 480.00 |

Sheet no. __**19**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

301,911.70

B6F (Official Form 6F) (12/07) - Cont.

In re  **TKC Innovative Solutions, Inc.** _____,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx3457, xx3433, xx4139, xx4140** | | | | | **Customer Prepaid Services** | | | | |
| **Seton Montessori School** **c/o Anna Perry** **Clarendon Hills, IL 60514** | X | - | | | | X | | | 6,021.88 |
| Account No. | | | | | **Business Debt** | | | | |
| **Speck Products** **303 Bryant Street** **Mountain View, CA 94041** | X | - | | | | | | | 629.00 |
| Account No. | | | | | **Business Debt** | | | | |
| **STM Bags** **PO Box 722654** **San Diego, CA 92172-2654** | X | - | | | | | | | 629.00 |
| Account No. **xxxxx0097** | | | | | **Business Advertising** | | | | |
| **Sun-Times Media** **8247 Solutions Center** **Chicago, IL 60677-8002** | | - | | | | | | | Unknown |
| Account No. | | | | | **Business** | | | | |
| **SunLife Financial** **One Sun Life Executive Park** **Wellesley Hills, MA 02481-5699** | | - | | | | | | | Unknown |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **7,279.88**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**TKC Innovative Solutions, Inc.**_____,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Business Debt | | | | |
| SYNNEX Corporation 39 Pelham Ridge Drive Greenville, SC 29615 | | | | | | | | **Unknown** |
| Account No. **xx3494** | | X | - | Customer Prepaid Services | X | | | |
| Ted Lawrence 305 S Cuyler Chicago, IL 60632 | | | | | | | | **69.00** |
| Account No. **xxxx6383** | | | - | Business Debt | | | | |
| The Hartford One Hartford Plaza Hartford, CT 06155 | | | | | | | | **37,091.00** |
| Account No. **xxxx xxxx xxxx 8189** | | X | - | Business Debt | | | | |
| U.S. Airways PO Box 23066 Columbus, GA 31902-3066 | | | | | | | | **9,960.70** |
| Account No. **xxx053** | | X | - | Business Debt | | | | |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | | | | | | | | **462.08** |

Sheet no. __**21**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**47,582.78**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TKC Innovative Solutions, Inc.**                                              ,     Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  US Bank 4801 Frederica Owensboro, KY 42301 | X | - | Business Debt | | | | 15,503.92 |
| Account No. 6524  USAA 10750 McDermott Fwy San Antonio, TX 78288-0570 | X | - | Business Debt | | | | 11,824.12 |
| Account No.  V.2 Consulting 98 Battery Street Suite 250 | X | - | Business Debt | | | | 16,000.00 |
| Account No. xxxxxx5001  Villa Oaks, LLC PO Box 5980 River Forest, IL 60305-5980 | X | - | Lease of Villa Park store | X | X | X | 131,570.97 |
| Account No.  Visa Business PO Box 790135 Saint Louis, MO 63179 | X | - | Business Debt | | | | 15,464.92 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          190,363.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **TKC Innovative Solutions, Inc.** _____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2834** | | | **Customer Prepaid Services** | | | | |
| **Wabash City Schools** c/o Justin Vail 1101 Colerain Street Wabash, IN 46992 | X | - | | X | | | 10,325.00 |
| Account No. **xxxxxx5001** | | | **Business Debt** | | | | |
| **Wanetics** PO Box 5980 River Forest, IL 60305-5980 | X | - | | | | | 2,501.02 |
| Account No. **xx3243** | | | **Customer Prepaid Services** | | | | |
| **Wellpoint Inc** c/o Nathan Cook 120 Monument circle Indianapolis, IN 46204 | X | - | | X | | | 2,800.00 |
| Account No. **xxxx xxxx xxxx 7161** | | | **Business Debt - Line of Credit** | | | | |
| **Wells Fargo** PO Box 54349 Los Angeles, CA 90054 | X | - | | | | | 9,970.77 |
| Account No. **xx3364** | | | **Cusomter Prepaid Services** | | | | |
| **Wesley Reid** 3761 Mission Hills Road 60062 Northbrook, IL 60062 | X | - | | X | | | 4,100.00 |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,696.79

B6F (Official Form 6F) (12/07) - Cont.

In re  **TKC Innovative Solutions, Inc.**                                   ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Customer Prepaid Services** | | | | |
| **Will County School District 92** **708 North State Street** **Chicago Heights, IL 60411** | X | - | | X | | | |
| | | | | | | | **0.00** |
| Account No. **9430** | | | **Business Debt** | | | | |
| **Woodforest** **PO Box 7889** **Spring, TX 77387** | | - | | | | | |
| | | | | | | | **359.91** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **359.91** |
| Total (Report on Summary of Schedules) | | **3,272,598.52** |

B6G (Official Form 6G) (12/07)

.

In re      **TKC Innovative Solutions, Inc.**                                                            Case No. _____
                                                                    ,
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **All leases were terminated pre-petition** | |

**0** ____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **TKC Innovative Solutions, Inc.**                                    Case No. _____
_____,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adam Karenboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **US Bank**<br>**4801 Frederica**<br>**Owensboro, KY 42301** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE 19886-5796** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **U.S. Airways**<br>**PO Box 23066**<br>**Columbus, GA 31902-3066** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Chase**<br>**P.O. Box 15651**<br>**Wilmington, DE 19886-5651** |
| **Adam Karneboge**<br>**4 Knollwood**<br>**Joliet, IL 60433** | **Chase**<br>**P.O. Box 15651**<br>**Wilmington, DE 19886-5651** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Chase**<br>**P.O. Box 15651**<br>**Wilmington, DE 19886-5651** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Citibusiness**<br>**PO Box 688913**<br>**Des Moines, IA 50368** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Citi Advantage**<br>**PO Box 6235**<br>**Sioux Falls, SD 57117** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Best Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Fifth Third Bank**<br>**P.O. 630778**<br>**Cincinnati, OH 45263** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Nationwide Bank**<br>**PO Box 31027**<br>**Tampa, FL 33631-3027** |

**7**
____ continuation sheets attached to Schedule of Codebtors

In re   **TKC Innovative Solutions, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adam Karneboge**<br>**4 Kollwood Place**<br>**Joliet, IL 60433** | **PNC Bank**<br>**PO Box 856177**<br>**Louisville, KY 40285** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **USAA**<br>**10750 McDermott Fwy**<br>**San Antonio, TX 78288-0570** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **PNC**<br>**One North Franklin**<br>**Suite 3600**<br>**Chicago, IL 60606** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Can Capital (Advance Me)**<br>**414 W 14th Street**<br>**3rd Floor**<br>**New York, NY 10014** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Branko Shapich**<br>**2410 S Embers Lane**<br>**Arlington Heights, IL 60005** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Allied Waste Services**<br>**5050 W lake Street**<br>**Melrose Park, IL 60160** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Apple Inc.**<br>**PO box 281877**<br>**Atlanta, GA 30384-1877** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Apple Service Operations**<br>**PO Box 281877**<br>**Atlanta, GA 30384-1877** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **AT&T**<br>**Po Box 5080**<br>**Carol Stream, IL 60197-5080** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Blue Cross Blue Shield**<br>**25550 Network Place**<br>**Chicago, IL 60673-1255** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Carillon Centre**<br>**7950 Moorsbridge Rd**<br>**Portage, MI 49024** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Charter Business**<br>**PO Box 5013**<br>**Hayward, CA 94540-5013** |

Sheet ___1___ of ___7___ continuation sheets attached to the Schedule of Codebtors

In re    **TKC Innovative Solutions, Inc.**                                    , Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Chicago Messenger Service**<br>**1600 S Ashland Avenue**<br>**Chicago, IL 60608-2013** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Comcast**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Consumer Energy**<br>**Lansing, MI 48937-0001** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Consumer Energy**<br>**Lansing, MI 48937-0001** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Consumer Energy**<br>**Lansing, MI 48937-0001** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **GleaChris, Inc.**<br>**375 South River Street**<br>**South Elgin, IL 60177** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Haugh & Associates, Ltd**<br>**525 Dee Lane**<br>**Suite 200**<br>**Roselle, IL 60172** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Hector Alcala**<br>**9229 SW 227th St**<br>**Unit 6**<br>**Miami, FL 33190** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Ingram Micro, Inc.**<br>**1600 E St. Andrew Place**<br>**Santa Ana, CA 92705** |

Sheet __**2**__ of __**7**__ continuation sheets attached to the Schedule of Codebtors

In re   **TKC Innovative Solutions, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **JuiceMobile**<br>**9950 W Van Buren**<br>**Suite 121**<br>**Avondale, AZ 85323** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Lifetime Memory Products Inc.**<br>**2505 DaVinci Street**<br>**Irvine, CA 92614-5894** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Nepple Law, PLC**<br>**PO Box 5407**<br>**Carol Stream, IL 60197-5407** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Nicor**<br>**PO Box 5407**<br>**Carol Stream, IL 60197-5407** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **NuCouse**<br>**PO Box 511298**<br>**Los Angeles, CA 90051-7853** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Onward Technologies, Inc.**<br>**PO Box 88636**<br>**Chicago, IL 60680-1636** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Other World Computing**<br>**2650 Bridge Lane**<br>**Woodstock, IL 60098** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Dwight Pancottine Attorney at Law**<br>**215 Fremont St**<br>**Naperville, IL 60540** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Pearson**<br>**200 Tappan Rd**<br>**Westwood, NJ 07675** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Premiere System**<br>**1400 N Kingbury**<br>**Chicago, IL 60642** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Professional Cable**<br>**928 N Industrial Park**<br>**Orem, UT 84057** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Professional Video Technology**<br>**111 Charlotte**<br>**Novi, MI 48377** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Retirement, LLC**<br>**3400 Dundee Rd**<br>**Suite 200**<br>**Chicago, IL 60602** |

Sheet __3__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re  **TKC Innovative Solutions, Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **RSM McGladrey, Inc.**<br>**5155 Payshere Circle**<br>**Chicago, IL 60647** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Scoville Square Associates, LLP**<br>**C/O MorLen Realty Corporatin**<br>**137 N Oak Park Ave. Ste 40**<br>**Oak Park, IL 60301** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Screenvision**<br>**245 Kenneth Drive**<br>**#400**<br>**Rochester, NY 14623** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Speck Products**<br>**303 Bryant Street**<br>**Mountain View, CA 94041** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **STM Bags**<br>**PO Box 722654**<br>**San Diego, CA 92172-2654** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Villa Oaks, LLC**<br>**PO Box 5980**<br>**River Forest, IL 60305-5980** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **V.2 Consulting**<br>**98 Battery Street**<br>**Suite 250** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Wanetics**<br>**PO Box 5980**<br>**River Forest, IL 60305-5980** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Citi Card**<br>**P.O. Box 688909**<br>**Des Moines, IA 50368** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Dr. Bott**<br>**9730 SW Hilman St**<br>**Suite 600**<br>**Wilsonville, OR 97070** |
| **Adam Karneboge**<br>**4 Knollwood**<br>**Joliet, IL 60433** | **Visa Business**<br>**PO Box 790135**<br>**Saint Louis, MO 63179** |

Sheet __4__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re    **TKC Innovative Solutions, Inc.**                                    ,    Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Wells Fargo**<br>**PO Box 54349**<br>**Los Angeles, CA 90054** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Bawany Technologies**<br>**Muhammad Abdullah Ahsan, 4th Zamzam**<br>**Commercial Lane, Phase v, DHA**<br>**Karachi, Pakistan 75000** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Harry Hostetler**<br>**505 Atwood Ct.**<br>**Elmhurst, IL 60126** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Combined Insurance**<br>**c/o Diane Raferty**<br>**1000 N Milwaukee Ave**<br>**Glenview, IL 60025** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Bob Bavirsha**<br>**PO Box 2306**<br>**Bridgeview, IL 60455** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Joan Berman**<br>**170 N harvey Ave**<br>**Oak Park, IL** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Hector Morales**<br>**2451 N Drake**<br>**Chicago, IL 60647** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Seton Montessori School**<br>**c/o Anna Perry**<br>**Clarendon Hills, IL 60514** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Lindsay Gleason**<br>**375 S River St**<br>**South Elgin, IL 60177** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Paul Ellenbogen**<br>**321 S Cuyler**<br>**Oak Park, IL 60302** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Donna Peel**<br>**520 Fair Oaks**<br>**Oak Park, IL 60302** |
| **Adam Karneboge**<br>**4 Knollwood Drive**<br>**Joliet, IL 60433** | **Wabash City Schools**<br>**c/o Justin Vail**<br>**1101 Colerain Street**<br>**Wabash, IN 46992** |

Sheet __**5**__ of __**7**__ continuation sheets attached to the Schedule of Codebtors

In re    **TKC Innovative Solutions, Inc.**                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Northwestern University**<br>**c/o Eamon Carlos**<br>**750 North Lake Shore Dr, 10th Fl.**<br>**Chicago, IL 60611** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Wellpoint Inc**<br>**c/o Nathan Cook**<br>**120 Monument circle**<br>**Indianapolis, IN 46204** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Illinois Central College**<br>**c/o Chris Frautschi**<br>**1 College Drive**<br>**Peoria, IL 61635** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Florence Braum**<br>**904 N Mapleton Ave**<br>**Oak Park, IL 60302** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Miami University**<br>**c/o Joseph Koontz**<br>**6516 Junior Court**<br>**Franklin, OH 45005** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Wesley Reid**<br>**3761 Mission Hills Road**<br>**60062**<br>**Northbrook, IL 60062** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Glenbrook North**<br>**c/o paul Carlson**<br>**2300 Shermer Road**<br>**Northbrook, IL 60062** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Nokia**<br>**c/o Christine Casey**<br>**425 W Randolph Street**<br>**Chicago, IL 60606** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Dunnhumby - John Zimont**<br>**222 Merchandise Mart Plaza**<br>**Suite 2200**<br>**Chicago, IL 60654** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Huron Consulting Group**<br>**Hector De LaRosa**<br>**550 W Van Buren**<br>**Chicago, IL 60607** |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Ted Lawrence**<br>**305 S Cuyler**<br>**Chicago, IL 60632** |

Sheet __6__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re    **TKC Innovative Solutions, Inc.** _____ ,    Case No. _____

                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | Lebanon Valley College<br>Andrew Greene<br>101 North Collee Avenue<br>Annville, PA 17003 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | Renee S Hartz<br>1032 Baldwin Ln<br>Oak Park, IL 60302 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | Hector Morales<br>2451 N Drake<br>Chicago, IL 60647 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | Ronald Krcek<br>19W075 Plainfield Rd<br>Downers Grove, IL 60516 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | Gus Calderone<br>7433 W Jackson Blvd<br>Forest Park, IL 60130 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | Mark Skillcorn<br>844 N Humphrey<br>Oak Park, IL 60302 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | Alethea Watson<br>1846 Clarence Ave<br>Berwyn, IL 60402 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | American College of Healthcare<br>1 N Franklin Ste 1700<br>Chicago, IL 60606 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | Will County School District 92<br>708 North State Street<br>Chicago Heights, IL 60411 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | Aon<br>200 East Randolph<br>4th Floor<br>Chicago, IL 60601 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | Olivet Nazarene University<br>One University Lane<br>Bourbonnais, IL 60914 |
| Adam Karneboge<br>4 Knollwood Place<br>Joliet, IL 60433 | ABC 7 WLS - Chicago<br>190 N State Street<br>Chicago, IL 60601 |

Sheet  **7**  of  **7**  continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **TKC Innovative Solutions, Inc.**                Case No. _____

                                      Debtor(s)          Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**44**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 29, 2014** _____        Signature    **/s/ Adam J. Karneboge** _____

                                                        **Adam J. Karneboge**
                                                        **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __TKC Innovative Solutions, Inc.__                          Case No.

                                        Debtor(s)           Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,441,316.00 | 2013: Business Income |
| $2,997,080.00 | 2012: Business Income |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                  SOURCE

B7 (Official Form 7) (04/13)
2

## 3. Payments to creditors

**None**
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None**
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None**
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Brian Karneboge**<br>**430 West Francis**<br>**New Lenox, IL 60451** | **11/5/13, 12/18/13, 9/5/13, 10/4/13** | **$1,700.00** | **$522,000.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Carillon, LLC c/o Treystar, Inc. v TKC Innovative Solutions, Inc., et al.**<br>**1402512LT** | **Collection** | **Eighth Judicial District for the County of Kalamazoo, Michigan** | **Pending** |
| **TKC Innovative Solution, Inc., v. Business Rules, Inc.**<br>**2012MR 1477** | **Collection** | **Circuit Court of the Eighteenth Judicial Circuit**<br>**DuPage County, Illinois** | **Pending** |
| **Scoville Square Associates, LP v. TKC and Karneboge**<br>**13 M1 72879** | **Collection** | **Cook County, Illinois** | **Pending** |

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*    *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Springer Brown, LLC**<br>**400 South County Farm Road**<br>**Suite 330**<br>**Wheaton, IL 60187** | **6/25/2014** | **$4335.00** |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **US Bank** | **1-964-5595-8799** | |

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **226 West Roosevelt Road**<br>**Villa Park, IL 60181** | | |
| **805 Lake**<br>**Oak Park, IL** | | |

**16. Spouses and Former Spouses**

None
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                    DATES SERVICES RENDERED

**Barbara Chappell
80 Creston Circle
Aurora, IL 60504**

**Bridget Rozzano
390 East Park Avenue
Elmhurst, IL 60126**

**Catalano, Caboor & Co
101 West 22nd Street
Lombard, IL 60148**

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|
| **Catalano, Caboor & Co** | **101 West 22nd Street**<br>**Lombard, IL 60148** | |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Catalano, Caboor & Co** | **101 West 22nd Street**<br>**Lombard, IL 60148** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Branko Shapich**<br>**2410 South Embers Lane**<br>**Arlington Heights, IL 60005** | |
| **PESWA Capital/Sylverster Gbewonyo, Jr.**<br>**230 Park Avenue**<br>**New York, NY 10169** | |
| **Encore Repair Services/Tony Graffia Jr.**<br>**105 Prairie Lake Rd #D**<br>**Dundee, IL 60118** | |
| **Noble Capital Fund, Inc.**<br>**17604 Henley Road**<br>**Jamaica, NY 11432-2230** | |
| **OneSource Funding Group, LLC**<br>**3745 West Chapman Avenue**<br>**Suite 200C**<br>**Orange, CA 92868** | |
| **CanCapital/AdvanceMe**<br>**414 West 14th Street**<br>**New York, NY 10014** | |
| **PNC Bank**<br>**PO Box 609**<br>**Pittsburgh, PA 15230-9738** | |
| **American Express Merchant Financing**<br>**PO Box 53888**<br>**Phoenix, AZ 85072** | |
| **Alexander Ziogas, AZBS**<br>**641 West Lake Street**<br>**Suite 300**<br>**Chicago, IL 60661** | |
| **Tom Ottenhoff**<br>**15010 Ravinia #17**<br>**Orland Park, IL 60462** | 1 |

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|--------------------------------------------------------------------|

B7 (Official Form 7) (04/13)
8

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **President** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Adam Karneboge**<br>**4 Knollwood Place**<br>**Joliet, IL 60433** | **Salary** | **$40,000.00** |

---

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

B7 (Official Form 7) (04/13)
9

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date **August 29, 2014**                Signature    **/s/ Adam J. Karneboge**
                                                      **Adam J. Karneboge**
                                                      **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **TKC Innovative Solutions, Inc.** _____

Debtor(s)

Case No. _____

Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor      □ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor      □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 29, 2014** _____

**/s/ Richard G Larsen**
**Richard G Larsen**
**Springer Brown, LLC**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**

---

## Advance Payment Retainer Agreement

I, TKC Innovate Solutions, the undersigned, hereinafter referred to as "Client", agree to employ
Springer Brown, LLC., hereinafter referred to as "Attorney", to render legal services in connection with
filing a Chapter7 Bankruptcy for me, and hereby empower and authorize Attorney to do all things, in
their sole discretion, reasonably necessary to bring the matter to a successful conclusion. Client
acknowledges that the following advance payment retainer agreement has been fully explained, and
Client agrees to pay said fees and costs in consideration of legal services rendered or to be rendered.

Client agrees to pay Attorney a fee of $ 4,000⁰⁰ for services set forth below. In addition, Client
agrees to pay all costs, including the filing fee for the bankruptcy $335.00.

This retainer agreement is an advance payment retainer agreement. The funds Client has agreed to pay
Attorney shall be deposited in the Springer Brown, LLC General Operating Account and ownership of
said hands shall pass to Springer Brown, LLC immediately upon payment.

As our client, it is your option to have your money placed into a security retainer. The choice of the type
of retainer to be used is yours alone.

The special purpose for this advance payment retainer is to allow Client to retain Attorney to represent
him against creditors. Client understands that it is advantageous to treat his retainer as an advance
payment retainer in that it protects the funds paid to Attorney from the claims of his creditors. It this
retainer were treated as a security retainer, said funds would remain the property of Client and therefore
subject to the claims of the Client's creditors.

It is understood that the above referenced flat fee is payment for services rendered and services to be
performed. The services include: review of financial status; review of various documents related to
debts and obligations; counseling as to various types of bankruptcy chapters; effect of bankruptcy on
future ability to obtain new credit; effect of reaffirmation, redemption, avoiding, liens and surrendering
property; specific advice regarding how to avoid bankruptcy and alternatives to bankruptcy; complete
drafting of all required bankruptcy documents; revision and redraft of final bankruptcy documents;
attending creditors' meeting, and closing file.

Client agrees that additional attorney's fees will be due should additional representation become
necessary, including, but not limited to any 2004l examination, any adversary proceedings, objections
to discharge, or any other action, hearing or representation that is not specified in the preceding
paragraph of this agreement. Said additional representation shall be covered by a separate legal services
agreement and will require an additional retainer.

The Client agrees that should he decide not to file bankruptcy or decide not to continue using
Attorney's services, Attorney may charge against any retainer paid the amount of $350.00 per hour for
all services rendered to date, plus actual costs incurred.

Client agrees to cooperate in the preparation of the bankruptcy case, to appear for the creditors' meeting, depositions and court appearances and to comply with all reasonable requests made in preparation of this bankruptcy case. Failure to cooperate may result in Court-imposed sanctions and Attorney's withdrawal from the case.

Client understands that he shall receive copies of all documents related to his file. Client should retain those documents as his copy of his file. Should Client require additional copies of the Attorney's file the Client understands that he will be charged for those copies.

Client understands that his file shall be kept no more than five years. Should Client require copies of any documents or the return of original documents provided to Attorney he must request those copies in writing before the expiration of that five-year period.

It is agreed that upon the event of any default or breach of any kind under this agreement by Client, Attorney reserves the right to withdraw as counsel of record for Client. It is further agreed that Client shall not have any recourse or claim against Attorney for damages following the withdrawal of Attorney as Client's counsel.

In some cases it may be necessary to hire an attorney outside Attorney's firm. This attorney will be paid out of the retainer paid to Attorney. Client expressly consents to the hiring of an outside attorney to cover court dates as needed.

Client understands that it is the Client's responsibility to provide Attorney with a complete and accurate list of creditors and other information requested on Attorney's Debt Listing Sheet and Questionnaire. The Client further understands that any debts not listed in his bankruptcy schedules may not be discharged. If Client fails to provide Attorney with all information necessary to prepare the necessary documents and said failure necessitates the amending of the schedules or Statement of Financial Affairs, Client agrees to pay an additional $100.00 to cover the fees and costs of said amendment.

The fees charged in connection with this bankruptcy and for bankruptcy issues only. They do not included resolution of any matters involving credit information.

This constitutes the entire agreement between the Attorney and Clients regarding attorneys' fees and/or services provided in the engagement, the parties agree to resolve that dispute through mediation, followed by arbitration before any suit is filed.

Attorney is a debt relief agency and helps people file for relief under the Bankruptcy Code.

*Special Financial Management Course Notice*

Client MUST provide Attorney with a copy of Client's Certificate of Completion of Financial Management Course. If Client fails to ensure that Attorney has received and filed the required Certificate of Completion of Financial Management Course, the Client shall be responsible for payment of the case reopening fee and additional Attorney's fees of $600.00 for filing a motion to reopen the case and file said certificate. Attorney is under no obligation to file any motion to reopen Client's case until the above referenced fees and costs are paid.

_____          _____
Client                                                          Client

By Client's signature below, Client acknowledges understanding the terms of this agreement and agrees to abide by its provisions. Client has received a copy of this agreement for his records no later than five business days after the first date on which the Attorney provided any bankruptcy assistance services to client.

Dated: __6/17/14__

_____                              _____
Client                                                                  Client

_____
Attorney

# United States Bankruptcy Court
### Northern District of Illinois

In re   **TKC Innovative Solutions, Inc.**                Case No. _____

                                      Debtor(s)      Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **221**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 29, 2014** _____       **/s/ Adam J. Karneboge** _____

                                               **Adam J. Karneboge/President**
                                               Signer/Title

```
ABC 7 WLS - Chicago
190 N State Street
Chicago, IL 60601


ABNA International
95 Wolfe Creed Blvd
Dover, DE 19901


Adam J Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karenboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433
```

```
Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Kollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433
```

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Drive
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433

```
Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


Adam Karneboge
4 Knollwood Place
Joliet, IL 60433
```

Adam Karneboge
4 Knollwood Place
Joliet, IL 60433


ADT Security Services
3190 S Vaughn Way
Aurora, CO 80014


Alethea Watson
1846 Clarence Ave
Berwyn, IL 60402


All leases were terminated
pre-petition


Allied Waste Services
5050 W lake Street
Melrose Park, IL 60160


American College of Healthcare
1 N Franklin Ste 1700
Chicago, IL 60606


American Express
PO Box 0001
Los Angeles, CA 90096-8000


Aon
200 East Randolph
4th Floor
Chicago, IL 60601


Apple Inc.
PO box 281877
Atlanta, GA 30384-1877


Apple Service Operations
PO Box 281877
Atlanta, GA 30384-1877


AT&T
Po Box 5080
Carol Stream, IL 60197-5080

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Authorize.net
947 American Fort
American Fork, UT 84003-0947


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Bawany Technologies
Muhammad Abdullah Ahsan, 4th Zamzam
Commercial Lane, Phase v, DHA
Karachi, Pakistan 75000


Best Bank
PO Box 790408
Saint Louis, MO 63179-0408


Blue Cross Blue Shield
25550 Network Place
Chicago, IL 60673-1255


Bob Bavirsha
PO Box 2306
Bridgeview, IL 60455


Brainlab, Inc.
600 W. Van Buren
Suite 510
Chicago, IL 60607


Branko Shapich
2410 S Embers Lane
Arlington Heights, IL 60005


Brian Karneboge
430 West Francis Road
New Lenox, IL 60451

Can Capital (Advance Me)
414 W 14th Street
3rd Floor
New York, NY 10014


Card Connect
1000 Continental Drive
Suite 600
King of Prussia, PA 19406


Carillon Centre
7950 Moorsbridge Rd
Portage, MI 49024


Charter Business
PO Box 5013
Hayward, CA 94540-5013


Chase
P.O. Box 15651
Wilmington, DE 19886-5651


Chase
P.O. Box 15651
Wilmington, DE 19886-5651


Chase
P.O. Box 15651
Wilmington, DE 19886-5651


Chicago Messenger Service
1600 S Ashland Avenue
Chicago, IL 60608-2013


Citi Advantage
PO Box 6235
Sioux Falls, SD 57117


Citi Card
P.O. Box 688909
Des Moines, IA 50368


Citi Select
Processing Center
Des Moines, IA 50363-0005

Citibusiness
PO Box 688913
Des Moines, IA 50368


CitiBusiness
Processing Center
Des Moines, IA 50363-0005


City of Portage
7900 S Westnedge Ave
Portage, MI 49002-5117


Combined Insurance
c/o Diane Raferty
1000 N Milwaukee Ave
Glenview, IL 60025


Comcast
PO Box 3002
Southeastern, PA 19398-3002


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Consumer Energy
Lansing, MI 48937-0001


Consumer Energy
Lansing, MI 48937-0001


Consumer Energy
Lansing, MI 48937-0001


Donna Peel
520 Fair Oaks
Oak Park, IL 60302

Dr. Bott
9730 SW Hilman St
Suite 600
Wilsonville, OR 97070


Dunnhumby - John Zimont
222 Merchandise Mart Plaza
Suite 2200
Chicago, IL 60654


Dwight Pancottine Attorney at Law
215 Fremont St
Naperville, IL 60540


Elan Financial Services
PO Box 108
Saint Louis, MO 63166-9801


Fed Ex
PO Box 94515
Palatine, IL 60094-4515


Fifth Third Bank
P.O. 630778
Cincinnati, OH 45263


Florence Braum
904 N Mapleton Ave
Oak Park, IL 60302


GE Capital
PO Box 960061
Orlando, FL 32896-0061


GleaChris, Inc.
375 South River Street
South Elgin, IL 60177


Glenbrook North
c/o paul Carlson
2300 Shermer Road
Northbrook, IL 60062

Gus Calderone
7433 W Jackson Blvd
Forest Park, IL 60130


Harry Hostetler
505 Atwood Ct.
Elmhurst, IL 60126


Haugh & Associates, Ltd
525 Dee Lane
Suite 200
Roselle, IL 60172


Hector Alcala
9229 SW 227th St
Unit 6
Miami, FL 33190


Hector Morales
2451 N Drake
Chicago, IL 60647


Hector Morales
2451 N Drake
Chicago, IL 60647


Helvey & Associates, Inc.
1015 E Center Street
Warsaw, IN 46580-3420


Huron Consulting Group
Hector De LaRosa
550 W Van Buren
Chicago, IL 60607


Illinois Central College
c/o Chris Frautschi
1 College Drive
Peoria, IL 61635


Ingram Micro, Inc.
1600 E St. Andrew Place
Santa Ana, CA 92705

Joan Berman
170 N harvey Ave
Oak Park, IL

JuiceMobile
9950 W Van Buren
Suite 121
Avondale, AZ 85323

Kerio Technologies Inc
111 North Market Street
Suite 600
San Jose, CA 95113

Lebanon Valley College
Andrew Greene
101 North Collee Avenue
Annville, PA 17003

Lifetime Memory Products Inc.
2505 DaVinci Street
Irvine, CA 92614-5894

Lindsay Gleason
375 S River St
South Elgin, IL 60177

Malvika Jolly
5426 S Blackstone
Chicago, IL 60615

Mark Skillcorn
844 N Humphrey
Oak Park, IL 60302

Merchant Services
PO Box 6010
Hagerstown, MD 21741-6010

Miami University
c/o Joseph Koontz
6516 Junior Court
Franklin, OH 45005

Michigan Department of Treasury
Office of Collections
PO Box 30199
Lansing, MI 48909-7699


Nationwide Bank
PO Box 31027
Tampa, FL 33631-3027


Nepple Law, PLC
PO Box 5407
Carol Stream, IL 60197-5407


Nicor
PO Box 5407
Carol Stream, IL 60197-5407


Nokia
c/o Christine Casey
425 W Randolph Street
Chicago, IL 60606


Northwestern University
c/o Eamon Carlos
750 North Lake Shore Dr, 10th Fl.
Chicago, IL 60611


NuCouse
PO Box 511298
Los Angeles, CA 90051-7853


Olivet Nazarene University
One University Lane
Bourbonnais, IL 60914


Onward Technologies, Inc.
PO Box 88636
Chicago, IL 60680-1636


Other World Computing
2650 Bridge Lane
Woodstock, IL 60098

Paul Ellenbogen
321 S Cuyler
Oak Park, IL 60302


Paychex
1175 John St
West Henrietta, NY 14586-9199


Pearson
200 Tappan Rd
Westwood, NJ 07675


PNC
One North Franklin
Suite 3600
Chicago, IL 60606


PNC
PO Box 856177
Louisville, KY 40285


PNC Bank
PO Box 856177
Louisville, KY 40285


Premiere System
1400 N Kingbury
Chicago, IL 60642


Professional Cable
928 N Industrial Park
Orem, UT 84057


Professional Video Technology
111 Charlotte
Novi, MI 48377


Renee S Hartz
1032 Baldwin Ln
Oak Park, IL 60302


Retirement, LLC
3400 Dundee Rd
Suite 200
Chicago, IL 60602

RMS
4836 Brecksville Rd
PO Box 509
Richfield, OH 44286


RMS
Po Box 20543
Lehigh Valley, PA 18002


Ronald Krcek
19W075 Plainfield Rd
Downers Grove, IL 60516


RSM McGladrey, Inc.
5155 Payshere Circle
Chicago, IL 60647


Scoville Square Associates, LLP
C/O MorLen Realty Corporatin
137 N Oak Park Ave. Ste 40
Oak Park, IL 60301


Screenvision
245 Kenneth Drive
#400
Rochester, NY 14623


Seton Montessori School
c/o Anna Perry
Clarendon Hills, IL 60514


Speck Products
303 Bryant Street
Mountain View, CA 94041


STM Bags
PO Box 722654
San Diego, CA 92172-2654


Sun-Times Media
8247 Solutions Center
Chicago, IL 60677-8002

SunLife Financial
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699


SYNNEX Corporation
39 Pelham Ridge Drive
Greenville, SC 29615


Ted Lawrence
305 S Cuyler
Chicago, IL 60632


The Hartford
One Hartford Plaza
Hartford, CT 06155


U.S. Airways
PO Box 23066
Columbus, GA 31902-3066


UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Bank
4801 Frederica
Owensboro, KY 42301


USAA
10750 McDermott Fwy
San Antonio, TX 78288-0570


V.2 Consulting
98 Battery Street
Suite 250


Villa Oaks, LLC
PO Box 5980
River Forest, IL 60305-5980


Visa Business
PO Box 790135
Saint Louis, MO 63179

```
Wabash City Schools
c/o Justin Vail
1101 Colerain Street
Wabash, IN 46992


Wanetics
PO Box 5980
River Forest, IL 60305-5980


Wellpoint Inc
c/o Nathan Cook
120 Monument circle
Indianapolis, IN 46204


Wells Fargo
PO Box 54349
Los Angeles, CA 90054


Wesley Reid
3761 Mission Hills Road
60062
Northbrook, IL 60062


Will County School District 92
708 North State Street
Chicago Heights, IL 60411


Woodforest
PO Box 7889
Spring, TX 77387
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  __TKC Innovative Solutions, Inc.__ _____  Case No. _____
Debtor(s)                          Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __TKC Innovative Solutions, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 29, 2014_____          **/s/ Richard G Larsen**_____
Date                                         **Richard G Larsen**
                                             Signature of Attorney or Litigant
                                             Counsel for __TKC Innovative Solutions, Inc.__
                                             **Springer Brown, LLC**
                                             **400 S. County Farm Road**
                                             **Suite 330**
                                             **Wheaton, IL 60187**
                                             **630-510-0000 Fax:630-510-0004**